

```
UNITED VAN LINES, LLC                                          UNITED
22304 NETWORK PLACE                                            Van Lines
CHICAGO, IL  60673-1223
                                         FED. ID #43-1881477

                                   FORWARD CORRESPONDENCE TO:
                                   United Van Lines, LLC
CRYE-LEIKE RELOCATION MNGT         One United Drive
ATTN: CAROL WILLIAMS               Fenton, MO 63026-1350
6525 QUAIL HOLLOW                  636-326-3100
MEMPHIS, TN  38120
                                   INVOICE NUMBER        INVOICE DATE
FOR CUSTOMER: CRYE-LEIKE RELOCATION MNGT
                                   0191 00266 7   01     07/20/07
```

| P.O. NO. | SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | | TO | |
|---|---|---|---|---|---|
| | PAUL BRINKER | CARMEL | IN | AURORA | IL |

```
Tariff No.  KR40 3      X Miles  11440   /11440   lbs At     x Per Cwt. $
                                              TRANSPORTATION        8314.73
    16  DISH PACKS              @   87.68              1402.88
    37  CARTON 1 1/2 CU. FT.    @   20.77               768.49
    28  CARTONS 3 CU. FT.       @   31.60               884.80
    16  CARTONS 4 1/2 CU FT.    @   38.22               611.52
    12  WARDROBE CTN            @   44.58               534.96
     6  TWIN MATTRESS CTN       @   37.79               226.74
     2  QUEEN/KING MATTRESS     @   62.46               124.92
    12  CORR MIRROR CTN         @   76.14               913.68
        TOTAL PACKING                                                5467.99

     6  TWIN MATTRESS CTN       @   10.05                60.30
     2  QUEEN/KING MATTRESS     @   16.55                33.10
        TOTAL UNPACKING                                                 93.40

     1  ORIG SERV CHRG              11440 LBS
                                @    3.40/CWT           388.96
     1  DEST SERV CHRG              11440 LBS
                                @    7.75/CWT           886.60
        TOTAL ACCESSORIALS                                            1275.56

3409.04 FUEL SURCHG-TRANS       @    6.0000%            204.54
3409.04 INS. RELATED REVENUE    @    2.00%               68.18
        W/D/CR AT ORIG
        ADV 3RD PARTY CHRGS                             115.00
        SERVICES EXCLUDED FROM DISC                                    387.72

SUBTOTAL:  SERVICES SUBJECT TO BTM LINE DISCOUNT     15151.68
           LESS:   59.00 % BOTTOM LINE DISCOUNT       8939.49
        ** SERVICES EXCLUDED FROM DISCOUNTING          387.72

           NET TOTAL:                                                  6599.91
```

```
CREDIT SERVICE CHARGE: We are required by federal regulations to assess a credit service charge equal to one percent (1.0%)
of the amount of the freight bill (subject to a $20 minimum) for all payments postmarked beyond the free credit period. This
mandatory charge will be assessed for the initial credit extension and for each additional 30-day period the charges go unpaid
beyond the free credit period. Charges are payable in U.S. funds.                                       TOTAL CHARGES
                                                                                                           6599.91

Remit $  6599.91   if payment postmarked by    08/19/07
Remit $  6665.90   if payment postmarked after 08/19/07
```

**TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT**



```
                                                         INVOICE NO.
UNITED VAN LINES, LLC           08/19/07    0191 00266 7   01 NATL
22304 NETWORK PLACE                            NET DUE
CHICAGO, IL  60673-1223
PLEASE SEE NEW REMIT TO ADDRESS ABOVE        6599.91         1911

                                                             1911
CRYE-LEIKE RELOCATION MNGT                    LATE CHARGE
ATTN: CAROL WILLIAMS
6525 QUAIL HOLLOW                              65.99       6300-01
MEMPHIS, TN  38120                           TOTAL CHARGES
                                              6665.90
```