

**Williams**
Transfer and Storage
P.O. Box 908
Tupelo, MS 38802
(800) 752-6350 • (662) 842-4836

INVOICE

TO  CRYE-LEIKE RELOCATION MNGMT
6525 QUAIL HOLLOW, SUITE 400
ATTN: CAROL TILLMAN WILLIAMS
MEMPHIS, TN 38120

INVOICE NUMBER
04-005465
INVOICE DATE
7/11/07
P.O. NUMBER

CUSTOMER NUMBER
CRYELEIKE

| SHIPPER | FROM | TO | SALESMAN |
|---|---|---|---|
| COGSWELL, DAVE | WELLINGTON PALM FL | NAPERVILLE  IL | 6 |

| SERVICE CODE | DESCRIPTION | AMOUNT QUANTITY OR WEIGHT | % | RATE | CHARGES & CREDITS |
|---|---|---|---|---|---|
| HAUL | TRANSP CHARGES - AUTO | | | | 2353.21 |
| | INVOICE TOTAL | | | | 2353.21 |
| | CREDIT SERVICE CHARGE | | | | 35.30 |

Due Upon Receipt, $35.30 WILL BE
CHARGED IF NOT PAID BY 8/10/07
BASED ON 1.500 % AND A MINIMUM OF $ 10.00
PAY $ 2353.21 IF POSTMARKED BY 8/10/07
PAY $ 2388.51 AFTER 8/10/07

**TOTAL DUE PLEASE PAY THIS AMOUNT** → 2388.51

DUE UPON RECEIPT    PAYABLE IN U.S. DOLLARS

**08 C 509**    **JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**