**08 C 509**



```
UNITED VAN LINES, LLC
22304 NETWORK PLACE
CHICAGO, IL  60673-1223

FED. ID #43-1881477

FORWARD CORRESPONDENCE TO:
United Van Lines, LLC
One United Drive
Fenton, MO 63026-1350
636-326-3100

CRYE-LEIKE RELOCATION MNGT
ATTN: CAROL WILLIAMS
6525 QUAIL HOLLOW
MEMPHIS, TN  38120

FOR CUSTOMER: CRYE-LEIKE RELOCATION MNGT

INVOICE NUMBER: 0191 00187 7   01
INVOICE DATE:   07/13/07
```

| SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | TO |
|---|---|---|
| MIKE/LAURA OBRIEN | WELLINGTON  FL | LISLE  IL |

```
Tariff No. KR40 3           11940 / 11940  lbs
                                            TRANSPORTATION             14127.60
   26  DISH PACKS              @  87.68      2279.68
   16  CARTON 1 1/2 CU. FT.    @  20.77       332.32
   16  CARTONS 3 CU. FT.       @  31.60       505.60
   75  CARTONS 4 1/2 CU FT.    @  38.22      2866.50
   16  WARDROBE CTN            @  44.58       713.28
    2  TWIN MATTRESS CTN       @  37.79        75.58
    4  QUEEN/KING MATTRESS     @  62.46       249.84
    7  CORR MIRROR CTN         @  76.14       532.98
       TOTAL PACKING                                        7555.78

    2  TWIN MATTRESS CTN       @  10.05        20.10
    4  QUEEN/KING MATTRESS     @  16.55        66.20
       TOTAL UNPACKING                                        86.30

    1  ORIG SERV CHRG            11940 LBS
                                @ 2.70/CWT     322.38
    1  DEST SERV CHRG            11940 LBS
                                @ 7.75/CWT     925.35
       TOTAL ACCESSORIALS                                   1247.73

5792.32  FUEL SURCHG-TRANS      @  6.0000%     347.54
5792.32  INS. RELATED REVENUE   @  2.00%       115.85
       SERVICES EXCLUDED FROM DISC                           463.39

SUBTOTAL: SERVICES SUBJECT TO BTM LINE DISCOUNT  23017.41
          LESS: 59.00 % BOTTOM LINE DISCOUNT     13580.27
          ** SERVICES EXCLUDED FROM DISCOUNTING    463.39
          NET TOTAL:                                         9900.53

TOTAL CHARGES: 9900.53

Remit $ 9900.53  if payment postmarked by  08/12/07
Remit $ 9999.53  if payment postmarked after 08/12/07
```

TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT.

```
UNITED VAN LINES, LLC
22304 NETWORK PLACE
CHICAGO, IL  60673-1223
PLEASE SEE NEW REMIT TO ADDRESS ABOVE

CRYE-LEIKE RELOCATION MNGT
ATTN: CAROL WILLIAMS
6525 QUAIL HOLLOW
MEMPHIS, TN  38120
```

| INVOICE NO. | |
|---|---|
| 0191 00187 7 | 01 NATL |
| NET DUE | |
| 9900.53 | 1911 |
| | 1911 |
| LATE CHARGE | |
| 99.00 | 6300-01 |
| TOTAL CHARGES | |
| 9999.53 | |

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

 

```
UNITED VAN LINES, LLC
22304 NETWORK PLACE
CHICAGO, IL   60673-1223

                                              FED. ID #43-1881477

                                       FORWARD CORRESPONDENCE TO:
CRYE-LEIKE RELOCATION MNGT             United Van Lines, LLC
ATTN: CAROL WILLIAMS                    One United Drive
6525 QUAIL HOLLOW                       Fenton, MO 63026-1350
MEMPHIS, TN  38120                      636-326-3100
```

| FOR CUSTOMER: CRYE-LEIKE RELOCATION MNGT | INVOICE NUMBER | | INVOICE DATE |
|---|---|---|---|
| | 0191 00245 7 | 01 | 07/13/07 |

| P.O. NO. | SHIPMENT OF HOUSEHOLD GOODS FOR | FROM | TO |
|---|---|---|---|
| | MR MIKE OBRIEN | WELLINGTON  FL | CHICAGO  IL |

```
 417E 5    1278      4000       4000          1047.60
                Miles                          Per Cwt. $
TRANSPORTATION RATE INCLUDES       10.00 lbs At    13165.32
                                         %DISC
                                       TRANSPORTATION       1047.60
1047.60    FUEL SURCHG-TRANS         @17.0000%                178.09

           NET TOTAL:                                        1225.69
```

| | TOTAL CHARGES |
|---|---|
| | 1225.69 |

```
1225.69                      07/25/07
Remit $ _____  If payment postmarked by ___07/25/07___
        1237.94
Remit $ _____  If payment postmarked after _____
```

**TO INSURE PROPER CREDIT, PLEASE RETURN THIS STUB WITH PAYMENT.**

| | INVOICE NO. | |
|---|---|---|
| | 0191 00245 7 | 01 NATL |
| | NET DUE | |
| | 1225.69 | |
| | | 1911 |
| | | 1911 |
| | LATE CHARGE | |
| | 12.25 | |
| | | 6300-01 |
| | TOTAL CHARGES | |
| | 1237.94 | |

```
CRYE-LEIKE RELOCATION MNGT
ATTN: CAROL WILLIAMS
6525 QUAIL HOLLOW
MEMPHIS, TN  38120
```