**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED VAN LINES, LLC,
v.
CRYE-LEIKE, INC., d/b/a CRYE-LEIKE RELOCATION
and CRYE-LEIKE RELOCATION MANAGEMENT,

Case Number:

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

**08 C 509**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED VAN LINES, LLC,
Plaintiff.

| | |
|---|---|
| NAME (Type or print) Dennis E. French | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Dennis E. French | |
| FIRM Dombroff Gilmore Jaques & French, P.C. | |
| STREET ADDRESS 10 South La Salle Street, Suite 1120 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3126101 | TELEPHONE NUMBER (312) 781-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |