**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED VAN LINES, LLC,
   v.
CRYE-LEIKE, INC., d/b/a CRYE-LEIKE RELOCATION
and CRYE-LEIKE RELOCATION MANAGEMENT,

Case Number:

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

**08 C 509**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNITED VAN LINES, LLC,
Plaintiff.

| | |
|---|---|
| NAME (Type or print) <br> Jonathan P. Stringer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jonathan P. Stringer | |
| FIRM <br> Dombroff Gilmore Jaques & French, P.C. | |
| STREET ADDRESS <br> 10 South La Salle Street, Suite 1120 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276011 | TELEPHONE NUMBER <br> (312) 781-1746 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |