# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08C509

Plaintiff:
**United Van Lines, LLC**
vs.
Defendants:
**Crye-Leike, Inc., dba Crye-Leike Relocation; Crye-Leike Relocation Management**

For:
    Dombroff & Gilmore

Received by Front Range Legal Process Service, Inc. to be served on **Crye-Leike, Inc. c/o: Harold E. Crye, 6525 Quail Hollow Pine, Memphis, TN 38120**. I, _Margie Fletcher_, being duly sworn, depose and say that on the _13_ day of _February_, 20_08_ at _1:20 P_.m., executed service by delivering a true copy of the **Summons; Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving _Robert Robinson_ as _Vice President, Crye-Leike_.

( ) DESCRIPTION ) Age _40_ Sex _M_ Race _White_ Height _5'8"_ Weight _150_ Hair _Br_ Glasses _no_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Margie Fletcher_
PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the _13_ day of _February_, _2008_ by the affiant who is personally known to me.

_Susan E. Lynch_
NOTARY PUBLIC
Exp _5-31-2010_

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008000883

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UNITED VAN LINES, LLC,
Plaintiff,

V.

CRYE-LEIKE, INC., d/b/a CRYE-LEIKE RELOCATION and CRYE-LEIKE RELOCATION MANAGEMENT,
Defendant.

CASE NUMBER: **08 C 509**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

CRYE-LEIKE, INC.
C/O HAROLD E CRYE (registered agent)
6525 Quail Hollow Pine
Memphis, Tennessee 38120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dombroff Gilmore Jaques & French, P.C.
Dennis E. French, Esq.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel (312) 781-0200
Fax (312) 781-0800

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 23, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-13-08 |
| NAME OF SERVER (PRINT) Margie Fletcher | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate service upon Crye-Leike, Inc. Served Robert Robinson, Vice President, who stated he was authorized to accept in absence of Harold Crye. Served at 6525 Quail Hollow Memphis TN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-13-08           *Margie Fletcher*
　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　100 N. Main 220B Memphis, TN
　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.