## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED VAN LINES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 509 |
| | ) | |
| **CRYE-LEIKE, INC., d/b/a CRYE-LEIKE** | ) | Judge Holderman |
| **RELOCATION and CRYE-LEIKE** | ) | |
| **RELOCATION MANAGEMENT,** | ) | Magistrate Judge Keys |
| | ) | |
| **Defendant.** | ) | |

**RULE 41(a)(1)(A)( i) NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, United Van Lines, LLC, by and through its attorneys, Dombroff Gilmore Jaques & French, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action, without prejudice.

Dated: March 5, 2008               Respectfully submitted,

                                   United Van Lines, LLC, Plaintiff

                               By:   /s/ Jonathan P. Stringer
                                     One of Its Attorneys

Dennis E. French
ARDC No. 3126101
Jonathan P. Stringer
ARDC No. 6276011
Dombroff  Gilmore Jaques & French, P.C.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel: (312) 781 – 0200
Fax: (312) 781 – 0800
Attorneys for Plaintiff